**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                           **CRIMINAL NO. 3:06cr72WS**

**NIGEL CUFFIE AND ESTHER CUFFIE**

## ORDER

Before the court is the motion of the defendants Nigel Cuffie and Esther Cuffie to dismiss or for a more definite statement and for expedited hearing, and this court, having been advised in the premises for this motion and having reviewed the memorandum of authorities submitted by the defendants, finds said motion not well taken and the same is hereby denied.

**SO ORDERED** this the 7th day of September, **2006**.

                **s/ HENRY T. WINGATE**

                _____
                **CHIEF UNITED STATES DISTRICT JUDGE**