**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 3:06cr72HTW-JCS

NIGEL CUFFIE and ESTHER CUFFIE

### ORDER

The above styled and numbered case is hereby set for trial before this court on December 4, 2006, at 9:00 O'clock A.M.

**SO ORDERED**, this the 30th day of October, 2006.

**s/ HENRY T. WINGATE**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**